# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| JANENE MARCUS, | ) |
| Plaintiff, | ) |
| | ) NO. 3:22-cv-00132 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| INGRAM BOOK GROUP, LLC, | ) MAGISTRATE JUDGE NEWBERN |
| Defendant. | ) |

### ORDER

The parties have filed a Joint Stipulation of Dismissal (Doc. No. 45) under Federal Rule of Civil Procedure 41. Accordingly, pursuant to the stipulation of the parties, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE